788

No. 385. CHAIMSON, Respondent, v. CHAIMSON, Appellant.

(Also reported in 225 N. W. 2d 517.)

The cause was submitted for the appellant on the briefs of *Ruppa & Wegner* of Milwaukee; and for the respondent on the brief of *Rabinovitz & Sonnenburg* of Sheboygan.

The portion of the judgment appealed from is affirmed.